■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v Ross FURLOW, Appellant. [599 NYS2d 956] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered September 3, 1991, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing him to concurrent prison terms of 2⅓ to 7 years and 1 year, respectively, and order, same court and Justice, entered January 22, 1992, denying defendant's post-judgment motion to vacate the judgment unanimously affirmed.

Defendant was not deprived of a fair trial by the prosecutor's remarks in summation, the court's instructions to the jury being sufficient to prevent prejudice. Concur—Milonas, J. P., Rosenberger, Rubin and Nardelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID VALLEJO, Appellant. [599 NYS2d 955] —Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), rendered May 4, 1992, convicting defendant of robbery in the first and second degrees, and burglary in the second degree, and sentencing him to concurrent terms of 3⅓ to 10 years, 2⅓ to 7 years and 2⅓ to 7 years, respectively, unanimously affirmed.

Defendant's contention that he was denied a fair trial by several of the trial prosecutor's comments is unpreserved for review as a matter of law, and we decline to review in the interest of justice. Were we to review this contention, we would find defendant was not deprived of a fair trial by any single comment, or the cumulative effect of all of the comments to which defendant takes issue on appeal. Concur—Milonas, J. P., Rosenberger, Rubin and Nardelli, JJ.